**Order entered September 9, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00799-CV

**STRATA BV SWD, LLC; BVCITI, LP; BVCITI GP, LLC; BV PARTNERS, LP; BV PARTNERS GP, LLC; THOMAS A LEISER; PRYOR BLACKWELL; AND CHARLES A. ANDERSON, Appellants**

**V.**

**MARATHON OIL COMPANY, Appellee**

**On Appeal from the 193rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-17-14153**

## ORDER

Before the Court is appellants' second unopposed motion to extend briefing deadline. Appellants ask the deadline be extended to November 4, 2019 to allow the parties an opportunity to attend mediation on October 14, 2019.

We **GRANT** the motion and **ORDER** appellants to file, no later than November 4, 2019, either their opening brief or a motion to dismiss the appeal.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE